Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, A division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware Corporation, | ) | Case No. 3:06-cv- |
| Plaintiff, | ) | COMPLAINT FOR: BREACH OF CONTRACT |
| vs. | ) | |
| FIREWEED COMMUNICATIONS CORPORATION, an Alaska Corporation, | ) | |
| Defendants. | ) | |

For its Complaint against Defendant, Plaintiff Warner Bros. Domestic Television Distribution, a division of Warner Bros. Television Distribution Inc., ("Warner") alleges as follows:

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

## PARTIES

1. Plaintiff Warner is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Burbank, California. Warner is the successor-in-interest to Warner Bros. Domestic Television Distribution, a division of Time Warner Entertainment Company, L.P. (Warner and its predecessor-in-interest are hereby referred to collectively as "Plaintiff" or "Warner").

2. Plaintiff is informed and believes, and based thereon alleges, that Defendant Fireweed Communications Corporation ("Fireweed") is a corporation organized and existing under the laws of the State of Alaska, with its principal place of business in Anchorage, Alaska.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1332. The amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper pursuant of 28 U.S.C. §1391(a) because a substantial part of the events giving rise to the claims asserted herein occurred in this judicial district, and because the contract at issue was entered into in this judicial district.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

**FIRST CAUSE OF ACTION**
**(Breach of Contract)**

5. For many years, Plaintiff and its predecessors have been among the world's largest and most well-known distributors of, among other things, syndicated television programming and motion pictures for broadcast on television.

2. Defendant owns and operates a local television station in the Anchorage, Alaska area known as KYES-TV.

3. On or about May 25, 2000, Defendant entered into a Syndication License Agreement with Plaintiff whereby Defendant was granted a license to broadcast on Defendant's station all episodes of the television series "Drew Carey" produced for network television (the "Drew Carey Agreement").

4. On or about May 25, 2000, Defendant entered into a Syndication License Agreement with Plaintiff whereby Defendant was granted a license to broadcast on Defendant's station all episodes of the television series "Friends" produced for network television (the "Friends Agreement").

5. On or about May 20, 2002, Defendant entered into a Syndication License Agreement with Plaintiff whereby Defendant was granted a license to broadcast on Defendant's station all episodes of the television series "Friends" (2nd Cycle) for six consecutive years, plus two extended terms of 39 weeks each, following the end of the first syndication cycle of the series (the "Friends 2nd Cycle Agreement," and together

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

with the Drew Carey Agreement and the Friends Agreement, the "License Agreements.").

6. Each of the License Agreements includes an acceleration provision permitting Plaintiff to terminate the agreement and declare the total license fee under the agreement immediately due and payable in the event of default of Defendant's obligations. Each of the License Agreements also provides that a default by Defendant under any of the License Agreements shall constitute a default under all other License Agreements between Plaintiff and Defendant.

7. Although Plaintiff fully performed under the License Agreements by delivering all of the programming licensed thereunder to Defendant for broadcast, Defendant failed to comply with the payment terms of the License Agreements. Defendant breached the License Agreements by, among other things, failing to make timely payments.

8. Defendant still owes at least $211,187.12, plus accrued interest, to Plaintiff under the Drew Carey Agreement.

9. On January 13, 2006, Plaintiff suspended delivery of episodes under the Friends Agreement, terminated the Friends 2nd Cycle Agreement, and exercised its right to declare the amounts owed under the Friends Agreement and the Friends 2nd Cycle Agreement immediately due and payable. After the acceleration, Defendant owes Plaintiff the amount of $243,815.00 under the Friends Agreement and $663,000.00

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

under the Friends 2nd Cycle Agreement, plus accrued interest. Plaintiff has been able to mitigate its damages under the Friends 2nd Cycle Agreement by reselling the Friends 2nd Cycle broadcast rights for the sum of $39,000, thus reducing the amount Defendant owes for its breach of that agreement to $624,000.00

10. Plaintiff has performed all of the obligations imposed upon it by the License Agreements except for those obligations excused or rendered impossible by Defendant's breaches.

11. Plaintiff has suffered actual and consequential damages as a direct and proximate result of Defendant's breaches of the License Agreements in a sum to be proved at trial, but in any event, not less than $1,079,002.12 plus interest.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff hereby prays that judgment be awarded in its favor and against Defendant as follows:

1. For actual and consequential damages plus interest in an amount to be proved at trial;

2. For attorney's fees and costs of suit; and

3. For such other and further relief as the Court deems appropriate and just.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Dated this 30th day of March, 2006.

s/ Eric Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399
E-mail: ericjenkins@dwt.com

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399