RECEIVED
APR 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___THIRD JUDICIAL___  District of  ___ALASKA___

WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, a division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware Corp.   V.
FIREWEED COMMUNICATIONS CORPORATIONS, an Alaska Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  3:06-cv-00074 TMB

TO: (Name and address of Defendant)

Fireweed Communications Corporation
c/o Michelle L. Boutin
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK  99503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Ave., Suite 800
Anchorage, AK  99501

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK

(By) DEPUTY CLERK

DATE   April 3, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/3/06 |
| NAME OF SERVER (PRINT) Abbie Diller | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): served on behalf of defendant's attorney, Michelle Boutin

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/3/06
             Date

Signature of Server

308 G St Ste 220 Anchorage, 99501
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Warner Brothers et. al.

-vs-

Fireweed Communications Corporation

3:06-cv-00074 TMB

# RETURN OF SERVICE

I certify that on <u>Monday, April 3, 2006</u> at <u>3:14 p.m.</u> I served the following documents:

Summons in a civil action, Complaint for Breach of Contract

for service upon <u>Fireweed Communications Corp. c/o Michelle Boutin, Attorney</u>,

by leaving a true and correct copy with Michelle Boutin located at <u>3000 A St. Suite 300</u> in Anchorage, Alaska

SUBSCRIBED AND SWORN to before me on April 5, 2006

**Civilian Process Server /   Abbie Diller**

Notary Public in and for the State of Alaska.



Client: Davis Wright Tremaine LLP
        701 W. 8th Avenue, Suite 800   Anchorage, AK. 99501
Attention:
   File No: 40529.5
Service Fee: $45.00
   Mileage: $0.00
Endeavor: $7.50      Pick Up Service
Endeavor: $0.00
   Total: $52.50



310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 272-2201
inquestagency.com