Michael Jungreis
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, AK  99501
Telephone:  907-276-1592
Facsimile:   907-277-4352
E-Mail –federalcourt@hartig.com
Attorneys for Defendant
Fireweed Communications Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, A division of WARNER BROS. TELEVISION DISTRIBUTION, INC. A Delaware Corporation,<br><br>               Plaintiffs,<br><br>vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska Corporation,<br><br>               Defendant. | Case No. 3:06-00074-TMB |

**ENTRY OF APPEARANCE**

Michael Jungreis of Hartig Rhodes Hoge & Lekisch, P.C. enters his appearance on behalf of Defendant, Fireweed Communications Corporation, in the above

//

//

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

ENTRY OF APPEARANCE
Case No. 3:06-cv-00074-TMB
Page 1 of 2

captioned case and requests all further pleadings, correspondence and memoranda be served upon him at 717 K Street, Anchorage, Alaska 99501.

Dated this 21st day of April, 2006.

HARTIG RHODES HOGE & LEKISCH

By:     *s/s Michael Jungreis*
Michael Jungreis
ASB #7711184
Attorneys for Defendant Fireweed Communication Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true
and exact copy of the foregoing was served
on the below-identified attorney
of record via e-filing on the 21st day of April, 2006:

Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK  99501


/s/ Deanna DeMaagd
Hartig Rhodes Hoge & Lekisch, P.C.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352