Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, a division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska corporation,<br><br>    Defendant. | Case No. 3:06-cv-00074-TMB |

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS

Plaintiff Warner Bros. Domestic Television Distribution ("Warner") and Defendant Fireweed Communications Corporation ("Fireweed"), through their attorneys of record, stipulate and agree that Warner shall have until June 16, 2006, to answer or otherwise respond to the Counterclaims filed by Fireweed in the above-captioned matter.

|   |   |
|---|---|
|   | DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Warner Bros. Domestic Television Distribution |
| Dated:  May 19, 2006 | By:  s/  Eric J. Jenkins<br>          Eric J. Jenkins, ABA # 0011078 |
|   | HARTIG RHODES HOGE & LEKISCH<br>Attorneys for Fireweed Communications Corporation |
| Dated:  May 19, 2006 | By:   s/ Michael Jungreis (consent)<br>          Michael Jungreis, ABA # 7711184 |

Certificate of Service

The undersigned certifies that on May 19, 2006, a true and correct copy of the foregoing Stipulation for Extension of Time to Respond to Counterclaims was served electronically on the following attorneys or parties of record:

 - Michael Jungreis

By:  s/     Janet Eastman

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COUNTERCLAIMS -                                    2
ANC 88918v1 40529-5

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399