Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, a division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska corporation,<br><br>       Defendant. | Case No. 3:06-cv-00074-TMB |

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS

This Court having considered the parties' Stipulation for Extension of Time to Respond to Counterclaims;

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

It is hereby ordered that the stipulation is approved. Plaintiff Warner Bros. Domestic Television Distribution shall have until June 16, 2006 to answer or otherwise respond to the counterclaims filed by Defendant Fireweed Communications Corporation in the above-captioned matter.

Dated this _____ day of _____, 2006

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

Certificate of Service

The undersigned certifies that on May 19, 2006, a true and correct copy of the foregoing Proposed Order Granting Extension was served electronically on the following attorneys or parties of record by:

 - Michael Jungreis

By: s/    Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

[PROPOSED] ORDER GRANTING STIPULATION TO
RESPOND TO COUNTERCLAIMS -                            2
ANC 88919v1 40529-5