## WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION
A DIVISION OF WARNER BROS. TELEVISION DISTRIBUTION INC.
4000 Warner Boulevard
Burbank, CA 91522
(818) 954-6000

**FIELD ORDER - BARTER**

| LICENSEE | STATION/AFFILIATION | DATE OF ORDER |
|---|---|---|
| Larry Beaulieu, acting as Agent for the Executive Committee of WeB Broadcasters, Inc. | WB 100+ Station Group | September 1, 2003 |
| STREET | MARKET/RANK | FCC CITY OF IDENTIFICATION |
| 4000 Warner Blvd. | See attached Exhibit "B" | See attached Exhibit "B" |
| CITY/STATE | ZIP | FAX NO. |
| Burbank, CA | 91522 | 818-977-8150 |
| SALESPERSON | | PHONE NO. |
| Bill Marcus/Rick Meril | | 818-954-6000 |

### SEX AND THE CITY

Licensee agrees to license from Licensor the right to exhibit Sex and the City ("Program") for the period commencing on a date in September 2005 ("Start Date") to be designated by Licensor and continuing for two hundred eight (208) consecutive weeks ending in September 2009 ("License Term") on the following basis:

**EPISODES**
Approximately 90 half-hour Episodes from seasons 1 through 6 only. Episodes produced beyond season 6 are not licensed hereunder. The Episodes from season 6 will not be available prior to January, 2006.

**BARTER TIME WITHIN PROGRAM (PER EXHIBITION)**
3 minutes for Licensor & 4 minutes for Licensee in each weekday half-hour telecast, and
7.5 minutes for Licensor & 7 minutes for Licensee in each weekend hour

**BROADCAST WINDOWS**

Licensee shall exhibit the Episodes at the rate of 2 exhibitions per day, Monday through Friday, as follows: The first run shall commence no earlier than 6:00 PM and end no later than 8:00 PM, or commence no earlier than 11:00 PM and end no later than 12:30 AM. The second run shall commence no earlier than 6:00 PM and end no later than 8:00 PM, or commence no earlier than 11:00 PM and end no later than 1:00 AM. In addition, Licensee shall exhibit 2 Episodes (back-to-back) each weekend on Saturday or Sunday commencing no earlier than 12:00 PM and ending no later than 12:00 AM.

It is understood and agreed that the time periods listed above are Pacific and Eastern time zone. For affiliates located in Central and Alaskan time zones the hours shall be shifted one hour earlier, and for affiliates in the Mountain time zone the hours shall be shifted one hour later.

Notwithstanding the foregoing, Licensee shall not exhibit, or schedule for exhibition, any Episode during Prime Time [i.e., Mon.-Sat. 8PM-11PM and Sun. 7PM-11PM (ETZ/PTZ) and Mon.-Sat. 7PM-10PM and Sun. 6PM-10PM (CTZ/MTZ)]; provided, however, if Licensor is allowed to license exhibitions during the last hour of Prime Time then Licensor shall advise Licensee of same and Licensee will then have the right to exhibit the Episodes during the last hour of Prime Time (i.e., 10-11PM (ETZ/PTZ) and 9-10PM (CTZ/MTZ/ATZ).

Delivery: Licensor agrees to deliver to Licensee one (1) Digibeta tape of each Episode no less than one (1) day prior to the scheduled air date of each such Episode at no charge to Licensee.

Additional Terms: See attached Exhibit "B"

LICENSEE'S EXHIBITION OF EACH EPISODE (AND ALL OF THE CONTENT CONTAINED THEREIN, INCLUDING, WITHOUT LIMITATION, LICENSOR'S BARTER TIME), AND THE PAYMENT OF THE LICENSE FEES, IF ANY, IS OF THE ESSENCE OF THIS FIELD ORDER. IF THE AGREEMENT INCLUDES A CASH LICENSE FEE THEN ANY PAYMENT NOT MADE WITHIN 30 DAYS OF ITS DUE DATE WILL BEAR INTEREST AT THE RATE OF 1 ½% PER MONTH (OR SUCH LOWER MAXIMUM RATE, IF ANY, SPECIFIED BY CONTROLLING LAW). IF THE STATION IS A BROADCAST AFFILIATE THEN STATION SHALL BROADCAST THE EPISODES ON ITS PRIMARY DIGITAL CHANNEL, IF ANY, SIMULTANEOUSLY WITH ITS REQUIRED NTSC BROADCASTS. LICENSOR SHALL NOT LICENSE THE EPISODES LICENSED HEREUNDER BY MEANS OF FREE OVER-THE-AIR TELEVISION IN THE ENGLISH LANGUAGE DURING THE LICENSE TERM TO ANOTHER FREE OVER-THE-AIR TELEVISION STATION WHOSE SIGNAL ORIGINATES AND WHOSE GEOGRAPHICAL REFERENCE POINT IS WITHIN A THIRTY-FIVE (35) MILE RADIUS OF THE GEOGRAPHICAL REFERENCE POINT OF STATION'S MARKET/FCC CITY OF IDENTIFICATION AS DESIGNATED IN THIS FIELD ORDER, AS SPECIFIED IN SECTION 76.53 OF THE FEDERAL COMMUNICATIONS COMMISSION RULES. WITHOUT LIMITING THE FOREGOING, THERE MAY BE CONCURRENT BASIC CABLE AND/OR SUPERSTATION EXHIBITIONS OF THE PROGRAM IN THE MARKET DURING THE LICENSE TERM. ANY AND ALL RIGHTS NOT EXPRESSLY GRANTED TO LICENSEE PURSUANT TO THIS FIELD ORDER ARE EXPRESSLY EXCLUDED FROM THE RIGHTS LICENSED TO LICENSEE HEREUNDER, ARE HEREBY RESERVED FOR LICENSOR, AND MAY BE EXPLOITED BY LICENSOR, AS APPLICABLE, AT ANY TIME, IN ITS SOLE DISCRETION. LICENSEE'S SIGNATURE OF THIS FIELD ORDER SHALL FORMALIZE LICENSEE'S OFFER TO LICENSE THE EPISODES PURSUANT TO THE TERMS AND CONDITIONS SET FORTH ABOVE. LICENSOR'S ACCEPTANCE, IF ANY, OF LICENSEE'S OFFER SHALL BE SUBJECT TO THIS FIELD ORDER BEING SIGNED BY LICENSOR'S AUTHORIZED REPRESENTATIVE. IF LICENSOR SIGNS AND ACCEPTS THIS FIELD ORDER, THEN THIS FIELD ORDER SHALL CONSTITUTE A BINDING AGREEMENT BETWEEN LICENSEE AND LICENSOR. LICENSOR HAS THE RIGHT TO INSERT BILLBOARDS, FEE SPOTS, PRODUCT PLACEMENT, AND SPONSOR AND CLOSED-CAPTIONING ANNOUNCEMENTS IN EACH OF THE EPISODES, IN ADDITION TO LICENSOR'S BARTER TIME. LICENSEE ACKNOWLEDGES THAT LICENSEE'S AGREEMENT WITH LICENSOR SHALL BE IN ACCORDANCE WITH, AND SUBJECT TO, STANDARD TERMS AND CONDITIONS, WHICH SHALL BE SENT TO LICENSEE FOLLOWING SIGNATURE OF THIS FIELD ORDER BY BOTH PARTIES; PROVIDED THAT IN THE EVENT OF ANY INCONSISTENCIES, THE TERMS OF THIS FIELD ORDER SHALL CONTROL. THIS FIELD ORDER SHALL BE CONSTRUED UNDER AND GOVERNED BY THE LAWS OF THE STATE OF CALIFORNIA IN EFFECT AS OF THE DATE HEREOF. THIS FIELD ORDER SHALL BE DEEMED TO BE EXECUTED AND PERFORMED WHOLLY WITHIN THE COUNTY OF LOS ANGELES. IN THE EVENT THAT THE PARTIES ARE UNABLE TO RESOLVE ANY DISPUTE INFORMALLY, THEN SUCH DISPUTE SHALL BE SUBMITTED TO FINAL AND BINDING ARBITRATION. THE ARBITRATION SHALL BE CONDUCTED ACCORDING TO JAMS ARBITRATION RULES AND PROCEDURES AT ITS LOS ANGELES OFFICE AND FOLLOW CALIFORNIA LAW AND THE FEDERAL RULES OF EVIDENCE. NOTWITHSTANDING THE FOREGOING, THE LICENSE HEREOF IS CONTINGENT ON LICENSOR'S RELEASE AND CONTINUING DISTRIBUTION OF THE PROGRAM IN FREE TV SYNDICATION (I.E., NATIONWIDE ON A MARKET-BY-MARKET BASIS).

| LICENSEE'S SIGNATURE: | WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION |
|---|---|
| X | X |
| PRINT NAME AND TITLE | PRINT NAME AND TITLE |

EXHIBIT "B"

This Exhibit "B" is attached to and forms a part of the agreement dated September 1, 2003 ("Agreement") between Warner Bros. Domestic Television Distribution, a division of Warner Bros. Television Distribution Inc. ("Licensor") and Larry Beaulieu, acting as Agent for The Executive Committee of WeB Broadcasters, Inc. ("Licensee") with respect to "SEX AND THE CITY" ("Program").

The Program licensed hereunder is licensed for dissemination by the television programming service known as The WB 100+ Station Group as it is currently configured ("The WeB"), which is comprised of local cable and/or broadcast affiliates of The WB Television Network in the television markets listed below. The local cable and/or broadcast affiliates of The WeB in the markets listed below shall be individually or collectively referred to hereinafter as "Station". It is understood and agreed that (i) Licensee shall cause each Station to abide by all of the terms and conditions of this Agreement; (ii) it is of the essence of this Agreement that all Stations shall broadcast the Program "in pattern" as that term is commonly understood in the television industry; and (iii) Licensee does not have the right to allow dissemination of the Program over any facilities other than the facilities of the affiliates of the WB Television Network in the television markets set forth below. Whenever the word "broadcast" or "telecast" appears herein, it shall be deemed to mean "transmit" as it relates to any local cable affiliates of The WeB. Notwithstanding anything to the contrary contained herein or elsewhere in the Agreement, with respect to any television market, or portion thereof, listed below that is being covered by a broadcast station, Licensee will keep Licensor apprised of each such television market, and Licensee will comply with Licensor's restrictions, if any, on the number of broadcasts of the Program, as directed by Licensor.

The following listing sets forth the television markets within which Licensee shall have the right to disseminate the Program under the terms of the Agreement.

It is understood and agreed that Licensor will retain the right to license the Program to a third party in any television market listed below where Licensee does not have an affiliate in such television market. Licensor will advise Licensee prior to doing so and will endeavor to make such license cancelable by Licensor. In the event that Licensor does so license the Program to a third party in one of the television markets listed below and Licensee subsequently obtains an affiliate in that market then Licensee may not allow the Program to be exhibited in that market unless and until Licensor has terminated the agreement with such third party, if Licensor is able to do so.

Licensee agrees that it will make no press releases or announcements concerning this agreement without Licensor's express prior consent.

**Markets**
Savannah, GA
Lincoln-Hastings-Kearney, NE
Harlingen-McAllen-Brownsville, TX
Ft. Wayne-Roanoke, IN
Springfield, MA
Greenville-Washington-New Bern, NC
Lansing-Onondaga, MI
Tyler-Longview, TX
Reno, NV
Sioux Falls-Mitchell, SD
Peoria, IL
Augusta, GA
Florence-Myrtle Beach, SC
Montgomery-Selma, AL
Tallahassee, FL-Thomasville, GA
Fargo-Valley City, ND
Santa Barbara-Santa Maria-San Luis Obispo, CA
Ft. Smith, AR
Traverse City-Cadillac, MI
Monterey-Salinas, CA
Charleston, SC
Eugene, OR
Macon, GA
Lafayette, LA
Yakima, WA
Boise-Nampa, ID
Amarillo, TX
Corpus Christi, TX
Columbus, GA
La Crosse-Eau Clair, WI
Bakersfield, CA
Columbus-Tupelo, MS
Chico-Redding, CA
Monroe, LA-El Dorado, AR
Rockford-Freeport, IL
Duluth, MN-Superior, WI
Wausau-Rinelander, WI

Beaumont-Port Arthur, TX
Wheeling, WV-Steubenville, OH
Terre Haute, IN
Topeka, KS
Wichita Falls, TX-Lawton, OK
Erie, PA
Medford, OR
Sioux City, IA
Columbia-Jefferson City, MO
Joplin, MO-Pittsburg, KS
Lubbock, TX
Albany, GA
Bluefield-Beckley-Oak Hill, WV
Minot-Bismark-Dickinson, ND-Glendive, MT
Odessa-Midland, TX
Wilmington, NC
Rochester-Austin, MN-Mason City, IA
Binghamton, NY
Bangor, ME
Anchorage, AK
Panama City, FL
Biloxi-Gulfport-Pascagoula, MS
Abilene-Sweetwater
Palm Springs, CA
Ada-Ardmore-Sherman, OK
Quincy, IL-Hannibal, MO
Salisbury, MO
Clarksburg-Weston, WV
Gainesville, FL
Idaho Falls-Pocatello, ID
Hattiesburg-Laurel, MS
Utica, NY
Billings-Harding, MT
Missoula, MT
Elmira, NY
Dothan, AL
Alexandria, LA
Rapid City, SD

Watertown-Carthage, NY
Yuma, AZ-El Centro, CA
Marquette, MI
Jonesboro, AR
Lake Charles, LA
Harrisonburg, VA
Greenwood-Greenville, MS
Bowling Green-Campbellsville, KY
Meridian, MS
Jackson, TN
Great Falls, MT
Parkersburg, WV
Mankato, MN
Grand Junction-Durango, CO
Twin Falls, ID
St. Joseph, MO
Eureka, CA
Butte, MT
Charlottesville, VA
Laredo, TX
San Angelo, TX
Cheyenne, WY-Scottsbluff, NE-Sterling, CO
Lafayette, IN
Ottumwa, IA-Kirksville, MO
Casper-Riverton, WY
Bend, OR
Lima, OH
Zanesville, OH
Fairbanks, AK
Victoria, TX
Presque Isle, ME
Juneau, AK
Helena, MT
Alpena, MI
North Platte, NE
Glendive, MT