Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, a division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska corporation,<br><br>Defendant. | Case No. 3:06-cv-00074-TMB |

STIPULATION FOR EXTENSION OF TIME REGARDING
OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS AND REPLY TO SAME

Plaintiff Warner Bros. Domestic Television Distribution ("Warner") and

Defendant Fireweed Communications Corporation ("Fireweed"), through their attorneys

of record, stipulate and agree that Fireweed shall have until July 10, 2006, to oppose the

Motion to Dismiss filed by Warner in the above-captioned matter. The parties further agree that Warner shall then have until July 21, 2006 to file its reply to the same.

                                          DAVIS WRIGHT TREMAINE LLP
                                          Attorneys for Warner Bros. Domestic Television Distribution

Dated: July 3, 2006                By: s/ Eric J. Jenkins
                                                Eric J. Jenkins, ABA # 0011078

                                          HARTIG RHODES HOGE & LEKISCH
                                          Attorneys for Fireweed Communications Corporation

Dated: July 3, 2006                By: s/ Michael Jungreis (consent)
                                                Michael Jungreis, ABA # 7711184

Certificate of Service

The undersigned certifies that on July 3, 2006, a true and correct copy of the foregoing Stipulation for Extension of Time to Regarding Responses to Plaintiff's Motion to Dismiss was served Electronically on the following attorneys or parties of record:

- Michael Jungreis

By: s/ Janet Eastman

STIPULATION FOR EXTENSION OF TIME REGARDING RESPONSES TO PLAINTIFF'S MOTION TO DISMISS -   2

ANC 91439v2 40529-5

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399