Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone:  (907) 257-5300
Facsimile:  (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, a division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska corporation,<br><br>       Defendant. | Case No.  3:06-cv-00074-TMB |

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME REGARDING OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS AND REPLY TO SAME

This Court having considered the parties' Stipulation for Extension of Time

Regarding Opposition to Plaintiff's Motion to Dismiss and Reply to Same;

It is hereby ordered that the stipulation is approved. Defendant Fireweed Communications Corporation shall have until July 10, 2006 to oppose the Motion to Dismiss filed by Plaintiffs in the above-captioned matter, and Plaintiff's shall then have until July 21, 2006 to reply to the same.

Dated this _____ day of _____, 2006

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

Certificate of Service

The undersigned certifies that on July 3, 2006, a true and correct copy of the foregoing Proposed Order Granting Extension of Time was served electronically on the following attorneys or parties of record by:

- Michael Jungreis

By: s/    Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

[PROPOSED] ORDER GRANTING STIPULATION TO
RESPOND TO MOTION TO DISMISS -                2
ANC 91440v1 40529-5