Michael Jungreis
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, AK  99501
Telephone: 907-276-1592
Facsimile:   907-277-4352
E-Mail:  Michael.jungreis@hartig.com

Attorneys for Defendant
Fireweed Communications Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, A division of WARNER BROS. TELEVISION DISTRIBUTION, INC. A Delaware Corporation, <br><br>　　　　　　　Plaintiffs, <br><br>vs. <br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska Corporation, <br><br>　　　　　　　Defendant. | Case No. 3:06-cv-00074-TMB |

### STIPULATION FOR EXTENSION OF TIME REGARDING OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS AND REPLY TO SAME

Plaintiff Warner Bros. Domestic Television Distribution ("Warner") and Defendant Fireweed Communications Corporation ("Fireweed"), through their attorneys of record, stipulate and agree that Fireweed shall have until July 12, 2006, to oppose the Motion to Dismiss filed by Warner in the above-captioned matter.  The parties further agree that Warner shall then have until July 25, 2006 to file its reply to the same.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

STIPULATION FOR EXTENSION OF TIME
Case No. 3:06-cv-00074-TMB
Page 1 of 2

DATED at Anchorage, Alaska this 10th day of July, 2006.

        DAVIS WRIGHT TREMAIN LLP
        Attorneys for Warner Bros. Domestic
        Television Distribution

        By: /s/Eric J. Jenkins  (consent)
            Eric J. Jenkins, ABA #0011078


        HARTIG RHODES HOGE & LEKISCH
        Attorneys for Fireweed Communications Corp.


        By: /s/ Bethany Pribila
            Bethany Pribila, ABA #0405033

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true
and exact copy of the foregoing was served
on the below-identified attorney
of record via e-filing on the 10th day of July, 2006:

Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK  99501

  /s/ Deanna DeMaagd
Hartig Rhodes Hoge & Lekisch,P.C.

F:\Docs\100591\PLEADINGS\Ext of Time - stipulation.doc

**HARTIG RHODES HOGE & LEKISCH, P.C.**
**ATTORNEYS AT LAW**
**717 K STREET**
**ANCHORAGE, ALASKA**
**99501-3397**
**TELEPHONE:**
**(907) 276-1592**
**FAX:**
**(907) 277-4352**