Michael Jungreis
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, AK  99501
Telephone:  907-276-1592
Facsimile:    907-277-4352
E-Mail:  Michael.jungreis@hartig.com

Attorneys for Defendant
Fireweed Communications Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, A division of WARNER BROS. TELEVISION DISTRIBUTION, INC. A Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska Corporation,<br><br>Defendant. | Case No. 3:06-cv-00074-TMB |

## [PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME REGARDING OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS AND REPLY TO SAME

This Court having considered the parties' Stipulation for Extension of Time Regarding Opposition to Plaintiff's Motion to Dismiss and Reply to Same;

It is hereby ordered that the stipulation is approved.  Defendant Fireweed Communications Corporation shall have until July 12, 2006 to oppose the Motion to

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Dismiss filed by Plaintiffs in the above-captioned matter, and Plaintiff's shall then have until July 25, 2006 to reply to the same.

DATED at Anchorage, Alaska this ___ day of July, 2006.

By:_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true
and exact copy of the foregoing was served
on the below-identified attorney
of record via e-filing on the 10th day of July, 2006:

Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK  99501

  /s/ Deanna DeMaagd_____
Hartig Rhodes Hoge & Lekisch,P.C.

F:\Docs\100591\PLEADINGS\Ext of Time - order.doc

**HARTIG RHODES
HOGE &
LEKISCH, P.C.**
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

[PROPOSED] ORDER GRANTING FOR EXTENSION OF TIME
Case No. 3:06-cv-00074-TMB
Page 2 of 2