```
94exv21.txt
EX-21 SUBSIDIARIES OF THE REGISTRANT
<PAGE>
```

EXHIBIT 21

SUBSIDIARIES OF TIME WARNER INC.

Time Warner maintains over 1,500 subsidiaries. Set forth below are the names of certain controlled subsidiaries, at least 50% owned, directly or indirectly, of Time Warner as of December 31, 2005, that carry on a substantial portion of Time Warner's lines of business. The names of various consolidated wholly owned subsidiaries have been omitted. None of the foregoing omitted subsidiaries, considered either alone or together with the other subsidiaries of its immediate parent, constitutes a significant subsidiary.

| NAME | STATE OR OTHER JURISDICTION OF INCORPORATION |
|---|---|
| Time Warner Inc. (Registrant) | Delaware |
| America Online, Inc. | Delaware |
| Advertising.com, Inc. | Maryland |
| AOL Online India Private Limited | India |
| AMSE France SAS | France |
| AOL Asia Limited | Hong Kong |
| AOL Canada, Inc. | Canada |
| AOL Community, Inc. | Delaware |
| AOL Deutschland GmbH & Co. KG | Germany |
| AOL Deutschland Service Operations GmbH & Co. KG | Germany |
| AOL Enhanced Services LLC | Delaware |
| AOL Europe Operations Limited | Ireland |
| AOL Europe Sarl | Luxembourg |
| AOL Europe Services Sarl | Luxembourg |
| AOL France SNC | France |
| AOL Holding Services France SAS | France |
| AOL Member Services Philippines, Inc. | Philippines |
| AOL Music Now LLC | Delaware |
| AOL Operations Asia LLC | Delaware |
| AOL Premium Services LLC | Delaware |
| AOL Services Germany GmbH | Germany |
| AOL Services (UK) Limited | United Kingdom |
| AOL Technologies Ireland Limited | Ireland |
| AOL (UK) Limited | United Kingdom |
| CompuServe Interactive Services France SNC | France |
| CompuServe Interactive Services, Inc. | Delaware |
| Digital City, Inc. | Delaware |
| Digital Marketing Services, Inc. | Delaware |
| eVoice, Inc. | Delaware |
| ICQ Ltd. | Israel |
| InfoInterActive Corp. | Nova Scotia |
| MapQuest, Inc. | Delaware |
| Netscape Communications Corporation | Delaware |
| Nullsoft, Inc. | Arizona |
| Quack.com, Inc. | Delaware |
| Spinner NetworksIncorporated | California |
| Tegic Communications Corporation | Washington |
| Truveo, Inc. | Delaware |
| WL Acquisition LLC | Delaware |
| Historic TW Inc. | Delaware |
| Turner Broadcasting System, Inc. | Georgia |
| Atlanta National League Baseball Club, Inc. | Georgia |
| Cable News International, Inc. | Georgia |

| Entity | Jurisdiction |
|---|---|
| Cable News Network LP, LLLP | Delaware |
| CNN America, Inc. | Delaware |
| CNN Investment Company, Inc. | Delaware |
| CNN Newsource Sales, Inc. | Georgia |
| EZGift Certificates, Inc. | Virginia |
| New Line Cinema Corporation | Delaware |
|     New Line Distribution, Inc. | California |
|     New Line Home Entertainment, Inc. | New York |
|     New Line Productions, Inc. | California |
|     New Line Television, Inc. | California |
|     New Line Theatricals, Inc. | California |
|     Picturehouse Films | New York |
| Superstation, Inc. | Georgia |
| TEN Investment Company, Inc. | Delaware |
| TGN, Inc. | Georgia |
| The Cartoon Network LP, LLLP | Delaware |
| Turner Broadcasting System Asia Pacific, Inc. | Georgia |
| Turner Broadcasting Sales, Inc. | Georgia |
| Turner Broadcasting System (Holdings) Europe Ltd. | United Kingdom |
| Turner Broadcasting System International, Inc. | Georgia |
| Turner Broadcasting System Latin America, Inc. | Georgia |
| Turner Classic Movies LP, LLLP | Delaware |
| Turner Entertainment Group, Inc. | Georgia |
| Turner Entertainment Networks Asia, Inc. | Georgia |
| Turner Entertainment Networks Inc. | Georgia |
| Turner Network Sales, Inc. | Georgia |
| Turner Network Television LP, LLLP | Delaware |
| Turner Sports, Inc. | Georgia |
| Time Warner Companies, Inc. | Delaware |
|     American Television and Communications Corporation | Delaware |
|     Time Inc. | Delaware |
|         Bookspan partnership | Delaware (1) |
|         Business 2.0 Media Inc. | Delaware |
|         Entertainment Weekly Inc. | Delaware |
|         Essence Communications Inc. | Delaware |
|         Expansion, S.A. de C.V. (Grupo Editorial Expansion) | Mexico |
|         IPC Group Limited | United Kingdom |
|         Leisure Arts, Inc. | Delaware |
|         Life Inc. | Delaware |
|         Magazine Retail Enterprises Inc. | Delaware |
|         Media Networks, Inc. | Delaware |
|         Southern Progress Corporation | Delaware |
|             Leisure Arts, Inc. | Delaware |
|             Oxmoor House, Inc. | Delaware |
|         Sunset Publishing Corporation | Delaware |
|         Synapse Group, Inc. | Delaware (1) |
|         The Parenting Group Inc. | Delaware |
|         This Old House Ventures, Inc. | Delaware |
|         Time Australia Magazine Pty Limited | Australia |
|         Time Canada Ltd. | Canada |
|         Time Consumer Marketing, Inc. | Delaware |
|         Time Customer Service, Inc. | Delaware |
|         Time Direct Ventures LLC | Delaware |
|         Time Distribution Services Inc. | Delaware |
|             Time/Warner Retail Sales & Marketing Inc. | New York |
|         Time Inc. Ventures | Delaware |
|         Time Warner Book Group Inc | Delaware |
|             Little, Brown and Company (Inc.) | Massachusetts |
|             Warner Books, Inc. | New York |
|         Time Warner Publishing B.V. | Netherlands |
|         Time4 Media, Inc. | New York |
|     Warner Communications Inc. | Delaware |
|         Castle Rock Entertainment | California |
|         Castle Rock Entertainment, Inc. | Georgia |
|         Courtroom Television Network LLC | New York (1) |
|         DC Comics (partnership) | New York |
|         E.C. Publications, Inc. | New York |
|         Home Box Office, Inc. | Delaware |
|             HBO Services, Inc. | Delaware |
|         Time Warner Cable Inc. | Delaware (1) |

EXHIBIT A
PAGE 2 OF 3

```
                    Road Runner HoldCo LLC..............................  Delaware
                    Time Warner Cable San Antonio, L.P..................  Delaware
                    Time Warner NY Cable LLC............................  Delaware
                    Time Warner Entertainment Company, L.P..............  Delaware (1)
                         Time Warner Entertainment-Advance/Newhouse
                         Partnership....................................  New York (1)
               TW UK Holdings Inc.......................................  Delaware
                    Time Warner Entertainment Limited...................  United Kingdom
               TW Ventures Inc..........................................  Delaware
                    Warner Bros. (F.E.) Inc.............................  Delaware
                    Warner Bros. (South) Inc............................  Delaware
               Warner Bros. Entertainment Inc...........................  Delaware
</TABLE>

<PAGE>

<TABLE>
<S>                                                                       <C>
                    Burbank Television Enterprises LLC..................  Delaware
                         Telepictures Production Inc....................  Delaware
                         Warner Bros. International Television .........  Delaware
                         Distribution Inc.
                         Warner Bros. Television Distribution Inc.......  Delaware
                         Warner Bros. Television Production Inc.........  Delaware
               Time Warner Entertainment Australia Pty Limited           Australia
               Warner Home Video Inc....................................  Delaware
               Warner Bros. Animation Inc...............................  Delaware
               Warner Bros. Enterprises LLC.............................  Delaware
                    Warner Bros. Consumer Products Inc..................  Delaware
                    Warner Bros. International Cinemas Inc..............  Delaware
                    Warner Bros. Online Inc.............................  Delaware
                    Warner Bros. Interactive Entertainment Inc..........  California
                         Monolith Productions Inc.......................  Washington
                    Warner Bros. Technical Operations Inc...............  Delaware
                    Warner Bros. Studio Facilities Inc..................  Delaware
               Warner Bros. Entertainment Canada Inc....................  Canada
               Warner Bros. Entertainment GmbH..........................  Germany
               Warner Bros. Entertainment Espana S.L....................  Spain
               Warner Bros. France S.A..................................  France
               Warner Bros. (Korea) Inc.................................  Korea
               Warner Bros. Theatrical Enterprises LLC..................  Delaware
                         Warner Bros. Pictures Inc......................  Delaware
                         Warner Bros. Distributing Inc..................  Delaware
                         Warner Independent Pictures Inc.              Delaware
               Warner Entertainment Japan Inc...........................  Japan
               Warner Village Cinemas S.p.A.............................  Italy (1)
               WTTA Incorporated........................................  Delaware
                    Hanna-Barbera Entertainment Co., Inc................  California
                    Turner Entertainment Co.                            Delaware
               WB Communications Inc.                                   Delaware
                    The WB Television Network Partners, L.P.............  California (1)
                    WB 100-Plus Station Group Partners Inc..............  California
          Time Warner Finance Ireland                                    Ireland
          Time Warner Realty Inc........................................  Delaware
</TABLE>


(1)  Less than 100% owned
</TEXT>
</DOCUMENT>
```

EXHIBIT A
PAGE 3 OF 3