UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2004

Commission file number 001-15062

# TIME WARNER INC.

*(Exact name of Registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **13-4099534** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

One Time Warner Center
New York, NY 10019-8016
*(Address of Principal Executive Offices)*

(212) 484-8000
*(Registrant's Telephone Number, Including Area Code)*

EXHIBIT B
PAGE 1 OF 4

campaigns, direct mail, telemarketing, magazine inserts (including magazines published by the Company's publishing segment) and print advertisements, retail distribution, bundling agreements, Web advertising and alternate media. Other marketing strategies include online and offline cross-promotion and co-branding with a wide variety of partners. Additionally, through multi-year bundling agreements, the interactive online services and products are installed on several different brands of personal computers made by personal computer manufacturers and are available to consumers by clicking on an icon during the computer's initial setup process or are available on the desktop. America Online also utilizes targeted or limited online and offline promotions, marketing programs and pricing plans designed to appeal to particular groups of potential users of its interactive online services and to distinguish and develop its different brands, products and services.

### Competition

America Online's Access business competes for subscription revenues with multiple companies providing dial-up Internet service, including EarthLink and discount ISPs such as NetZero. America Online also competes with companies that provide Internet access via broadband technologies, such as cable companies and telephone companies. America Online also competes more broadly for subscription revenues and members' time with cable, information, entertainment and media companies.

America Online's Audience business competes for advertising, search and commerce revenues with a wide range of companies, including ISPs, Web-based portals, and individual Websites providing content, commerce, search, community and similar features as well as media companies. Competitors for audience include Yahoo, MSN and Google.

America Online faces challenges in gaining access to high-speed networks for distribution of the AOL service or other America Online services both from network providers and from competition from other interactive services providers. America Online also competes with other interactive services providers to secure relationships with providers of personal communications devices. America Online's Digital Services business also faces competition from a diverse group of providers in developing and offering premium and subscription services. Although this is an emerging area, these services may include educational services, safety and security services, mobile messaging, online games, digital rights management and entertainment services.

AOL Europe operates in a competitive environment involving ISPs as well as telecommunications companies and cable providers. Its main competitors are British Telecom and Wanadoo in the U.K., Wanadoo and Free in France and T-Online and Freenet in Germany.

### CABLE

The Company's Cable business, consisting of Time Warner Cable Inc. and its subsidiaries ("Time Warner Cable" or "TWC Inc."), is the second largest operator of cable systems in the U.S. in terms of subscribers served. As of December 31, 2004, Time Warner Cable managed cable systems serving nearly 10.9 million basic cable subscribers, of which approximately 9.3 million were in cable systems owned by consolidated entities. All of TWC Inc.'s cable business is conducted under the Time Warner Cable brand name.

The Company holds an effective aggregate 79% interest in Time Warner Cable. Comcast Corporation ("Comcast") holds the remaining interest in Time Warner Cable. See "Description of Certain Provisions of Agreements related to Time Warner Cable" herein for additional information with respect to the Company's and Comcast's ownership in Time Warner Cable.

The Company has determined that it would like to expand its cable business through acquisitions if it is able to do so on terms it considers appropriate. In furtherance of that interest, Time Warner Cable has submitted a joint bid, along with Comcast, to acquire the assets of Adelphia Communications Corporation ("Adelphia") in connection with the auction process initiated by Adelphia. It is unknown at this time whether the bid will be successful and, if so, on what terms.

5

EXHIBIT B
PAGE 2 OF 4

Geographic, national sports leagues, and Leapfrog (a children's learning toy company) in the U.S., and certain producers in Italy, the U.K., Australia and France.

WHV sells and/or licenses its product in the U.S. and in major international territories to retailers and/or wholesalers through its own sales force, with warehousing and fulfillment handled by third parties. In some countries, WHV's product is distributed through licensees. DVD product is replicated under long term contracts with third parties. Videocassette product is manufactured under contracts with independent duplicators. Among WHV's 2004 DVD and videocassette releases, 16 film titles generated U.S. sales of more than one million units each.

Since inception of the DVD format, WHV has released over 3,000 DVD titles in the U.S. and international markets, led by sales of Warner Bros.' three *Harry Potter* films, which have had total net worldwide sales of over 68 million DVD units sold through to the consumer. DVD is the fastest selling consumer electronics product of all time, with an installed base at December 31, 2004 of over 70 million households in the U.S. and over 171 million households internationally (including approximately 42 million households in China).

### Television

Warner Bros. is one of the world's leading suppliers of television programming, distributing programming in more than 175 countries and in more than 40 languages. Warner Bros. both develops and produces new television series, made-for-television movies, mini-series, reality-based entertainment shows and animation programs and also licenses programming from the Warner Bros. library for exhibition on media all over the world.

Warner Bros.' television programming is primarily produced by Warner Bros. Television Production Inc. ("WBTV"), which produces primetime dramatic and comedy programming for the major networks and for cable, and Telepictures Productions Inc. ("Telepictures"), which specializes in reality-based and talk/variety series for the syndication and primetime markets. For the 2004-05 season, WBTV is producing hits such as *Gilmore Girls, Smallville* and *One Tree Hill* for The WB Television Network ("The WB Network") and *ER, The West Wing, Two and a Half Men, Without a Trace, Cold Case, The O.C., The George Lopez Show* and *Nip/ Tuck* for third party networks and cable distributors. Telepictures produces primetime reality series *The Bachelor* and *The Bachelorette* as well as first-run syndication staples, such as *Extra,* and the talk show, *The Ellen DeGeneres Show.*

Warner Bros. Animation Inc. is responsible for the creation, development and production of contemporary television, made for DVD, and feature film animation, as well as for the creative use and production of classic animated characters from Warner Bros.' and DC Comics' libraries, including Looney Tunes and the Hanna-Barbera libraries.

*Backlog*

Backlog represents the future revenue not yet recorded from cash contracts for the licensing of theatrical and television programming for pay cable, network (excluding certain license fees), basic cable and syndicated television exhibition. Backlog for all of Time Warner's filmed entertainment companies amounted to $3.7 billion at December 31, 2004, compared to $3.9 billion at December 31, 2003 (including amounts relating to the intercompany licensing of film product to the Company's cable television networks (including HBO and the Turner Networks) of $514 million and $740 million as of December 31, 2004 and December 31, 2003, respectively). The backlog excludes advertising barter contracts.

### Other Entertainment Assets

Warner Bros. Interactive Entertainment Inc. ("WBIE"), formed in January 2004, licenses and produces interactive games for a variety of platforms based on Warner Bros.' and DC Comics' properties, as well as original game properties. As part of its strategy to become more involved in game production, WBIE

12

EXHIBIT B
PAGE 3 OF 4

as a limited partnership in which WB Communications, a wholly owned subsidiary of the Company, holds a 77.75% interest and is the network's managing general partner.

The programming of the Turner Networks and the Home Box Office Services (collectively, the "Cable Networks") is distributed via cable, satellite and other distribution technologies.

The Turner Networks generate their revenue principally from the sale of advertising (other than Turner Classic Movies, which sells advertising only in certain European markets) and from receipt of monthly subscriber fees paid by cable system operators, satellite distribution services, hotels and other customers (known as affiliates) that have contracted to receive and distribute such networks. Turner Classic Movies is commercial-free in most of its distribution area and generates most of its revenue from the monthly fees paid by affiliates, which are generally charged on a per subscriber basis. The Home Box Office Services generate revenue principally from fees paid by affiliates for the delivery of the Home Box Office Services to subscribers who are generally free to cancel their subscriptions at any time. Home Box Office's agreements with its affiliates are typically long-term arrangements that provide for annual service fee increases and retail promotion activities and have fee arrangements that are generally related to the number of subscribers served by the affiliate. The Home Box Office Services and their affiliates engage in ongoing marketing and promotional activities to retain existing subscribers and acquire new subscribers. Home Box Office also derives revenues from its original films and series through the sale of DVDs, as well as, in recent years, from its licensing of successful original programming in syndication and to basic cable channels.

Although the Cable Networks believe prospects of continued carriage and marketing of their respective networks by the larger affiliates are good, the loss of one or more of them as distributors of any individual network or service could have a material adverse effect on their respective businesses. In addition, further consolidation of multiple-system cable operators could adversely impact the Cable Networks' prospects for securing future carriage agreements on favorable terms.

Advertising revenue on the basic cable networks and The WB Network consists of consumer advertising, which is sold primarily on a national basis (The WB Network sells time exclusively on a national basis, with local affiliates of The WB Network selling local advertising). Advertising contracts generally have terms of one year or less. Advertising revenue is generated from a wide variety of categories, including food and beverage, financial and business services, entertainment, drugs/health and medical and automotive. Advertising revenue is a function of the size and demographics of the audience delivered, the "CPM," which is the cost per thousand viewers delivered, and the number of units of time sold. Units sold and CPMs are influenced by the quantitative and qualitative characteristics of the audience of each network as well as overall advertiser demand in the marketplace.

### Turner Networks

*Domestic Networks*

Turner's entertainment networks include two general entertainment networks, TBS, with approximately 88.5 million U.S. households as of December 31, 2004, reported by Nielsen Media Research ("households"); and TNT, with approximately 88.7 million households in the U.S. as of December 31, 2004; as well as Cartoon Network, with approximately 87.1 million households in the U.S. as of December 31, 2004; and Turner Classic Movies, a commercial-free network presenting classic films from the Company's MGM, RKO and pre-1950 Warner Bros. film libraries, among others, which had approximately 70.2 million households in the U.S. as of December 31, 2004. Programming for these entertainment networks is derived, in part, from the Company's film, made-for-television and animation libraries as to which Turner or other divisions of the Company own the copyrights, plus licensed programming, including sports, and original films and series. Other networks include Turner South, a regional entertainment network featuring movies and sitcoms from the Company's library and regional sports events and original programming targeted to viewers in the Southeast, and *Boomerang,* a network featuring classic cartoons.

14

EXHIBIT B
PAGE 4 OF 4