Michael Jungreis
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, AK  99501
Telephone:  907-276-1592
Facsimile:    907-277-4352
E-Mail:   Michael.jungreis@hartig.com

Attorneys for Defendant
Fireweed Communications Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, A division of WARNER BROS. TELEVISION DISTRIBUTION, INC. A Delaware Corporation,<br><br>              Plaintiffs,<br><br>vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska Corporation,<br><br>              Defendant. | Case No. 3:06-cv-00074-TMB<br><br><br><br><br><br><br><br><br>**NOTICE OF ERRATA** |

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Defendant, Fireweed Communications Corporation filed their Opposition to Motion to Dismiss Defendant's Counterclaims with the Court on July 12, 2006.  In reviewing the document, defendant noticed several typographical errors in the document.  There are no substantial or substantive changes made to the document.  Defendant hereby files its corrected Opposition without Exhibits.

Case No. 3:06-cv-00074-TMB
Page 1 of 2

Defendant apologizes for any inconvenience that these changes may have caused.

DATED at Anchorage, Alaska this 14th day of July, 2006.

By: /s/ Michael Jungreis
717 K Street
Anchorage, AK 99501
(907) 276-1592 telephone
(907) 277-4352 facsimile
Michael.jungreis@hartig.com
Alaska Bar No. 7711184

By: /s/ Bethany Pribila
Bethany Pribila
bap@hartig.com
Alaska Bar No. 0405033

CERTIFICATE OF SERVICE

The undersigned hereby certifies a true
and exact copy of the foregoing was served
on the below-identified attorney
of record via e-filing on the 14th day of July, 2006:

Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK  99501

  /s/ Deanna DeMaagd
Hartig Rhodes Hoge & Lekisch,P.C.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352