Michael Jungreis
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, AK  99501
Telephone: 907-276-1592
Facsimile:   907-277-4352
E-Mail:  Michael.jungreis@hartig.com

Attorneys for Defendant
Fireweed Communications Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, A division of WARNER BROS. TELEVISION DISTRIBUTION, INC. A Delaware Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska Corporation,<br><br>    Defendant. | Case No. 3:06-cv-00074-TMB |

## **REQUEST FOR ORAL ARGUMENT**

Fireweed Communications Corporation, through counsel and pursuant to D. Ak LR 7.2, requests oral argument on Warner Brothers' Motion to Dismiss.  Counsel for the parties have conferred and the following dates in August and September 2006 are not convenient for the parties: August 1, August 10, September 11-15, and September 18. Fireweed respectfully requests the Court not set oral argument for one of these days.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Case No. 3:06-cv-00074-TMB
Page 1 of 2

DATED at Anchorage, Alaska this 27th day of July, 2006.

By:     /s/ Bethany Pribila
717 K Street
Anchorage, AK 99501
(907) 276-1592 telephone
(907) 277-4352 facsimile
Michael.jungreis@hartig.com
Alaska Bar No. 7711184
Bethany Pribila
Alaska Bar No. 0405033

CERTIFICATE OF SERVICE

The undersigned hereby certifies a true
and exact copy of the foregoing was served
on the below-identified attorney
of record via e-filing on the 27th day of July, 2006:

Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK  99501

   /s/ Bethany Pribila
Hartig Rhodes Hoge & Lekisch,P.C.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352