```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 WARNER BROS. DOMESTIC TELEVISION   vs.    FIREWEED COMMUNICATIONS
DISTRIBUTION                                CORPORATION

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO. 3:06-CV-00074-TMB

DEPUTY CLERK/RECORDER: Patty Demeter

APPEARANCES:    PLAINTIFF: Eric Jenkins, Joseph Reece

                DEFENDANT: Michael Jungreis, Bethany Pribila

PROCEEDINGS: ORAL ARGUMENT ON MOTION TO DISMISS (DKT 8) HELD 9/22/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:04 p.m. court convened.

Court and counsel heard re Motion to Dismiss.

Motion taken under advisement.  Court to issue a written ruling.

At 3:02 pm. Court adjourned.

DATE: 9/22/06                DEPUTY CLERK'S INITIALS: pld