Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, a division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska corporation,<br><br>　　　　Defendant. | Case No. 3:06-cv-00074-TMB |

### STIPULATION FOR EXTENSION OF TIME REGARDING ANSWER TO COUNTERCLAIMS

Plaintiff Warner Bros. Domestic Television Distribution ("Warner") and

Defendant Fireweed Communications Corporation ("Fireweed"), through their attorneys

of record, stipulate and agree that Warner shall have until August 15, 2007, to answer the

counterclaims filed by Fireweed in the above-captioned matter.

                                    DAVIS WRIGHT TREMAINE LLP
                                    Attorneys for Warner Bros. Domestic
                                    Television Distribution

Dated:   August 9, 2007              By:  s/   Joseph L. Reece
                                    Joseph L. Reece, ABA No. 8111123


                                    HARTIG RHODES HOGE & LEKISCH
                                    Attorneys for Fireweed Communications
                                    Corporation

Dated:   August 9, 2007              By:    s/ Michael Jungreis (consent)
                                    Michael Jungreis, ABA # 7711184

Certificate of Service

The undersigned certifies that on August 9, 2007, a true and correct copy of the foregoing Stipulation for Extension of Time to Regarding Responses to Plaintiff's Motion to Dismiss was served Electronically on the following attorneys or parties of record:

- Michael Jungreis

      s/ Joseph L. Reece
By:  s/    Joseph L. Reece

STIPULATION OF EXTENSION OF TIME -- 2

ANC 154299v1 0040529-000005