Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, a division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska corporation,<br><br>   Defendant. | Case No. 3:06-cv-00074-TMB<br><br><u>CORPORATE DISCLOSURE STATEMENT</u> |

In accordance with Fed. R. Civ. P. 7.1(a), Plaintiff Warner Bros. Domestic Television Distribution states that it is a division of Warner Bros. Television Distribution Inc., a Delaware corporation. Warner Bros. Television Distribution Inc. is 100% owned by Burbank Television Enterprises Inc., a Delaware corporation. Burbank Television Enterprises Inc. is 100% owned by Warner Bros. Entertainment Inc., a Delaware corporation. Warner Bros. Entertainment Inc. is 100% owned by Warner

Communications Inc., a Delaware corporation.  Warner Communications Inc. is majority owned by Time Warner Companies, Inc., a Delaware corporation.  Time Warner Companies, Inc. is majority owned by Historic TW Inc., a Delaware corporation.  Historic TW Inc. is 100% owned by Time Warner Inc., a Delaware corp. which is publicly traded on the New York Stock Exchange under the symbol "TWX."

DATED this 15th day of August, 2007.

                DAVIS WRIGHT TREMAINE LLP
                Attorneys for Plaintiff

By:   s/ Eric J. Jenkins
     Eric J. Jenkins, ABA# 0011078
     Joseph L. Reece, ABA # 8111123
     701 W. 8th Ave., Suite 800
     Anchorage, AK  99501
     Phone: (907) 257-5300
     Fax: (907) 257-5399
     ericjenkins@dwt.com
     josephreece@dwt.com

Certificate of Service

The undersigned certifies that on August 15, 2007, a true and correct copy of the foregoing Corporate Disclosure Statement was served electronically on the following attorneys or parties of record:

- Michael Jungreis

By: s/    Eric J. Jenkins

CORPORATE DISCLOSURE STATEMENT            2
*Warner Bros Domestic Television Distribution v. Fireweed Communications Corp.*
Case No. 3:06-cv-00074-TMB

ANC 154478v1 0040529-000005