Michael Jungreis
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, AK 99501
Telephone: 907-276-1592
Facsimile: 907-277-4352
E-Mail: Michael.jungreis@hartig.com

Attorneys for Defendant
Fireweed Communications Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, A division of WARNER BROS. TELEVISION DISTRIBUTION, INC. A Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska Corporation,<br><br>Defendant. | Case No. 3:06-cv-00074-TMB<br><br><br><br><br><br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

In accordance with Rule 7.1, Fed.R.Civ.Pro. Defendant Fireweed Communications Corporation states that it has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

DATED at Anchorage, Alaska this 15th day of August, 2007.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Case No. 3:06-cv-00074-TMB
Page 1 of 2

Hartig Rhodes Hoge & Lekisch, P.C.
Attorneys for Defendant
Fireweed Communications Corporation

By: /s/ Michael Jungreis
717 K Street
Anchorage, AK 99501
(907) 276-1592 telephone
(907) 277-4352 facsimile
Michael.jungreis@hartig.com
Alaska Bar No. 7711184

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true
and exact copy of the foregoing was served
on the below-identified attorney
of record via e-filing on the 15the day of August, 2007:

Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK 99501

   /s/ Michael Jungreis
Hartig Rhodes Hoge & Lekisch, P.C.

HARTIG RHODES
HOGE &
LEKISCH, P.C.
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

Case No. 3:06-cv-00074-TMB
Page 2 of 2