Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, A division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska Corporation,<br><br>    Defendants. | Case No. 3:06-CV-00074-TMB<br><br>ANSWER TO COUNTERCLAIMS |

Plaintiffs Warner Bros. Domestic Television Distribution, a division of Warner Bros. Television Distribution, Inc. hereby responds to the allegations in the respective paragraphs of the counterclaims as follows.

## Count I: Violation of Federal Antitrust Laws
## 15 U.S.C. §§ 1, 14

1. Answering the allegations in paragraph 1, plaintiff realleges and reincorporates the allegations in its complaint.

2. Responding to the allegations in paragraph 2, plaintiff admits those allegations.

3. Responding to the allegations in paragraph 3, plaintiff denies those allegations.

4. Responding to the allegations in paragraph 4, plaintiff denies those allegations.

5. Responding to the allegations in paragraph 5, plaintiff denies those allegations.

6. Responding to the allegations in paragraph 6, plaintiff denies those allegations.

7. Responding to the allegations in paragraph 7, plaintiff denies those allegations.

8. Responding to the allegations in paragraph 8, plaintiff denies those allegations.

9. Responding to the allegations in paragraph 9, plaintiff denies those allegations.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

ANSWER TO COUNTERCLAIMS - 2
ANC 154325v1 0040529-000005

10. Responding to the allegations in paragraph 10, plaintiff admits the same. By way of further answer to paragraph 10, plaintiff does not own or sell the WB 100 Network.

11. Responding to the allegations in paragraph 11, plaintiff denies those allegations

12. Responding to the allegations in paragraph 12, plaintiff denies those allegations.

13. Responding to the allegations in paragraph 13, plaintiff denies those allegations.

14. Plaintiff is without sufficient knowledge or information to formulate a belief as to the truth of the allegations in paragraph 14 and, therefore, denies the same.

15. Responding to the allegations in paragraph 15, plaintiff denies those allegations.

16. Responding to the allegations in paragraph 16, plaintiff denies those allegations.

### Count II: Violations of California Antitrust Laws
### Cal. Bus. & Prof. Code §§ 16720, 16726 and/or 16727

17. Answering the allegations in paragraph 17, plaintiff realleges and reincorporates by reference the admissions, denials and allegations contained in paragraphs 1 through 16 of this Answer, set forth above.

ANSWER TO COUNTERCLAIMS - 3
ANC 154325v1 0040529-000005

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

18. Responding to the allegations in paragraph 18, plaintiff denies those allegations.

19. Responding to the allegations in paragraph 19, plaintiff denies the market as alleged by defendant is valid and denies the allegations.

20. Responding to the allegations in paragraph 20, plaintiff admits only that the total amount of licensing fees claimed by plaintiff in The Drew Carey Show was $1,500 per week for the initial and extended terms.  Plaintiff denies the remaining allegations in paragraph 20.

21. Responding to the allegations in paragraph 21, plaintiff denies those allegations.

22. Responding to the allegations in paragraph 22, plaintiff denies those allegations.

### Count III: Violation of Alaska Antitrust Laws
### AS 45.50.566

23. Answering the allegations in paragraph 23, plaintiff realleges and reincorporates by reference the admissions, denials and allegations contained in paragraphs 1 through 22 of this Answer, set forth above.

24. Responding to the allegations in paragraph 24, plaintiff denies those allegations.

25. Responding to the allegations in paragraph 25, plaintiff denies those allegations.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

ANSWER TO COUNTERCLAIMS - 4
ANC 154325v1 0040529-000005

26. Responding to the allegations in paragraph 26, plaintiff denies those allegations.

27. Responding to the allegations in paragraph 27, plaintiff denies those allegations.

### Count IV:  Breach of Contract

28. Answering the allegations in paragraph 28, plaintiff realleges and reincorporates by reference the admissions, denials and allegations contained in paragraphs 1 through 27 of this Answer, set forth above.

29. Responding to the allegations in paragraph 29, plaintiff denies the allegations.

30. Responding to the allegations in paragraph 30, plaintiff admits only that the terms of the referenced contracts speak for themselves and directs the court to the complete text of the contracts for a full and accurate description of their terms.  Plaintiff further denies the remaining allegations in paragraph 30.

31. Responding to the allegations in paragraph 31, plaintiff denies those allegations.

32. Responding to the allegations in paragraph 32, plaintiff admits it began selling DVD's of the syndicated Friends and The Drew Carey Show episodes throughout the United States, but denies that the sale of DVD's was a violation of the licensing agreements, and further denies the remaining allegations in paragraph 32.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

33. Responding to the allegations in paragraph 33, plaintiff denies those allegations.

### Count V: Violation of California Unfair Practices Act
### Cal. Bus. & Prof. Code § 17000 et seq.

34. The allegations contained in paragraph 34 have been dismissed and, therefore, do not require a response.

35. The allegations contained in paragraph 35 have been dismissed and, therefore, do not require a response.

36. The allegations contained in paragraph 36 have been dismissed and, therefore, do not require a response.

37. The allegations contained in paragraph 37 have been dismissed and, therefore, do not require a response.

### Count VII: Violation of Alaska Unfair Trade Practices Act
### AS 45.50.471 et seq.

38. Answering the allegations in paragraph 38, plaintiff realleges and reincorporates by reference the admissions, denials and allegations contained in paragraphs 1 through 37 of this Answer, set forth above.

39. Responding to the allegations in paragraph 39, plaintiff denies those allegations.

40. Responding to the allegations in paragraph 40, plaintiff denies those allegations.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

ANSWER TO COUNTERCLAIMS - 6
ANC 154325v1 0040529-000005

41. The allegations in paragraph 41 state a legal conclusion to which plaintiff need not respond. To the extent that paragraph 41 of defendant's counterclaims contain allegations or inferences of fact, plaintiff denies those allegations.

**Count VIII: Interference With Prospective Economic Advantage (California)**

42. Answering the allegations in paragraph 42, plaintiff realleges and reincorporates by reference the admissions, denials and allegations contained in paragraphs 1 through 41 of this Answer, set forth above.

43. The allegations in paragraph 43 contain one or more ambiguous and undefined terms that are not capable of eliciting a meaningful response. To the extent that paragraph 43 of defendant's counterclaims contains allegations to which a meaningful response can be made, plaintiff denies those allegations.

44. The allegations in paragraph 44 contain one or more ambiguous and undefined terms that are not capable of eliciting a meaningful response. To the extent that paragraph 44 of defendant's counterclaims contains allegations to which a meaningful response can be made, plaintiff denies those allegations.

45. Responding to the allegations in paragraph 45, plaintiff denies those allegations.

46. Responding to the allegations in paragraph 46, plaintiff denies those allegations.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

47. Responding to the allegations in paragraph 47, plaintiff denies those allegations.

### Count IX: Interference With Prospective Economic Advantage (Alaska)

48. Answering the allegations in paragraph 48, plaintiff realleges and reincorporates by reference the admissions, denials and allegations contained in paragraphs 1 through 47 of this Answer, set forth above.

49. Responding to the allegations in paragraph 49, plaintiff denies those allegations.

50. Responding to the allegations in paragraph 50, plaintiff denies those allegations.

51. Responding to the allegations in paragraph 51, plaintiff denies those allegations.

52. Responding to the allegations in paragraph 52, plaintiff denies those allegations.

53. Responding to the allegations in paragraph 53, plaintiff denies those allegations.

54. The allegations in paragraph 54 state a legal conclusion to which plaintiff need not respond. To the extent that paragraph 54 in defendant's counterclaims contains allegations or inferences of fact, plaintiff denies those allegations.

55. Responding to the allegations in paragraph 55, plaintiff denies those allegations.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

56. Responding to the allegations in paragraph 56, plaintiff denies those allegations.

All allegations that are not specifically admitted are denied.

### Affirmative and Other Defenses

1. Defendant's counterclaims, in whole or in part, fail to state a claim upon which relief may be granted.

2. Defendant's counterclaims are barred, in whole or in part, by defendant's unclean hands.

3. Defendant's counterclaims are barred by the equitable doctrine of laches.

4. Defendant's counterclaims are barred in whole or in part by the doctrines of waiver and estoppel.

5. Defendant's counterclaims are precluded and barred in whole or in part by the applicable Statutes of Limitations.

6. Defendant's counterclaims are barred because Counterclaimant lacks standing.

7. Defendant's counterclaims are barred because Counterclaimant has not suffered antitrust injury.

8. Defendant's counterclaims are barred because Counterclaimant has failed to plead a relevant geographic market or a relevant product market.

9.     Plaintiff reserves the right to add additional affirmative defenses at the time facts supporting their assertion become known or are discovered.

THEREFORE, plaintiff respectfully prays that this Court:

A.     Dismiss the counterclaims with prejudice and order that defendant take nothing by its counterclaims;

B.     Award plaintiff its costs, expenses, and attorneys' fees; and

C.     Award such further relief as the Court deems just and proper.

Dated this 15th day of August, 2007.

        s/     Joseph L. Reece
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
Telephone:  (907) 257-5300
Facsimile:  (907) 257-5399
E-mail:  josephreece@dwt.com

Certificate of Service

The undersigned certifies that on August 15, 2007, a true and correct copy of the foregoing Answer to Counterclaims was served Electronically on the following attorneys or parties of record:

- Michael Jungreis

      s/ Joseph L. Reece
By:  s/     Joseph L. Reece

ANSWER TO COUNTERCLAIMS - 10
ANC 154325v1 0040529-000005