Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, A division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware Corporation, )))))) | Case No. 3:06-cv-00074-TMB |
| Plaintiff, )) | **STATUS REPORT** |
| vs. )) | |
| FIREWEED COMMUNICATIONS CORPORATION, an Alaska Corporation, ))))) | |
| Defendants. )) | |

Plaintiff Warner Bros. Domestic Television Distribution, a division of Warner

Bros. Television Distribution, Inc., by and through counsel, hereby advises the court that

the parties agreed upon settlement terms, following a mediation with Judge Herbert Ross

on September 27, 2007. Despite repeated attempts by the Plaintiff to get settlement

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

documents and a stipulation for dismissal signed, the Defendant has continued to delay

finalizing the settlement.  Plaintiff intends to file a motion to enforce the settlement

agreement, which the parties put on the record with Judge Ross, in the next few days.

Dated this 1st day of August, 2008.

s/      Joseph L. Reece
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
Telephone:  (907) 257-5300
Facsimile:  (907) 257-5399
E-mail:  josephreece@dwt.com

Certificate of Service

The undersigned certifies that on August 1, 2008, a true and
correct copy of the foregoing Status Report was served
Electronically on the following attorneys or parties of record:

 -  Michael Jungreis

           s/ Joseph L. Reece
By:  s/      Joseph L. Reece

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

STATUS REPORT - 2
*Warner Bros. v. Fireweed Communications,*
Case No. 3:06-cv-00074-TMB
DWT 11605648v1 0040529-000005