PROMISSORY NOTE

January 1, 2008                                                                                              Anchorage, Alaska

     FOR VALUE RECEIVED, Borrower promises to pay to the order of Warner Bros. Domestic Television Distribution, a division of Warner Bros. Television Distribution Inc. ("Lender"), at its principal office in Burbank, California, or at such other place or places or to such other party as the "Holder" (defined below) may from time to time designate in writing, the principal sum of Three Hundred Ten Thousand Dollars ($310,000.00) plus interest at the rate of four percent (4%) per annum ("Note Rate"), computed on a daily basis, on the unpaid principal balance, in lawful money of the United States of America, on the following agreements, terms and conditions. The term "Holder" as used in this Note means Lender or any future holder of this Note, and their successors and assigns. The unpaid principal balance of this Note and all unpaid accrued interest thereon and other sums payable by Borrower in connection with this Note shall be due and payable on January 1, 2013 (the **"Maturity Date"**).

     Borrower shall make monthly payments of principal and interest to the Holder in the amount of (i) $3,000 per month on or before the 1st day of each month during the period of January 1, 2008 through December 1, 2008; (ii) $4,000 per month on or before the 1st day of each month during the period of January 1, 2009 through December 1, 2009; (iii) $5,000 per month on or before the 1st day of each month during the period of January 1, 2010 through December 1, 2012. On the Maturity Date, the unpaid principal balance of this Note, all unpaid accrued interest and all other sums then due and owing pursuant to this Note or any other documents or instruments executed by Borrower in connection with the loan (the **"Loan"**) evidenced by this Note (collectively with this Note, the **"Loan Documents"**) shall be due and payable in full. At the option of the Holder, all payments under this Note, including payment at maturity, shall be made in same day funds. Each payment shall be applied first, at Holder's option, to any unpaid charges or other sums payable by Borrower under this Note or any other Loan Document, then to interest to the due date of the payment, and then to the principal balance of this Note.

     Interest shall commence to run on the amounts due under this Note from the date of the Note and will be computed on the outstanding balance of this Note as it exists from time to time. Interest shall accrue on the principal balance of this Note at the per annum rate of four percent (4%). After maturity, or after default, interest shall accrue on the outstanding principal balance of this Note at the statutory rate of interest applicable at the time of default. Interest on this Note shall be calculated using a 30-day month and a 360-day year.

     If any payment of interest or principal is not paid when due, at the option of the holder of the Note, the Principal Balance and all unpaid interest and late fees may be declared immediately

Promissory Note

EXHIBIT C
1 of 2

due and payable, subject to cure rights set forth in the Settlement Agreement between Lender and Borrower of even date herewith (the "Settlement Agreement"), and said interest and late fees shall be added to the Principal Balance.

For value received, each party signing or endorsing this Note waives presentment, demand, protest, and notice of non-payment, and agrees to be bound as a principal and not as a surety, and promises to pay all costs of collection, including reasonable attorney's fees whether or not suit is commenced.

In case of suit or action to enforce the terms of this Note and pursue remedies set forth in the Settlement Agreement, Borrower consents to the personal jurisdiction of the Alaska courts and the federal courts located in the state of Alaska, and at the option of the Holder, venue may be laid in Anchorage, Alaska.

This Note is secured by a Security Agreement of even date (the " Security Agreement") encumbering certain personal property located in Anchorage, Alaska. At such time as this Note is fully repaid and canceled, Lender agrees to release its interests in the Security Agreement securing this Note.

IN WITNESS WHEREOF, the undersigned has executed this Note as of the 1st day of January, 2008.

BORROWER: FIREWEED COMMUNICATIONS CORPORATION

By: _____
     Name: _____
     Its: _____