IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

WARNER BROS. TELEVISION )
DISTRIBUTION, INC., )
                                              Plaintiff, )
         vs. )
FIREWEED COMMUNICATIONS )
CORPORATION, )
                                              Defendant. )
_____ )

Case No. _____

## CONFESSION OF JUDGMENT WITHOUT ACTION

Fireweed Communications Corporation ("Fireweed") hereby confesses judgment in favor of Warner Bros. Domestic Television Distribution, a division of Warner Bros. Television Distribution, Inc. ("Warner"), in the amount of Five Hundred Twenty Thousand Dollars ($520,000.00).

This Confession of Judgment is for amounts owing from Fireweed to Warner pursuant to a settlement agreement in the litigation entitled <u>Warner Bros. Domestic Television Distribution v. Fireweed Communications Corporation</u>, Case No. 3:06-cv-00074-TMB, United States District Court for the District of Alaska (the "Action"). Warner filed suit against Fireweed in the Action to recover amounts owing on three

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Syndication License Agreements pursuant to which Fireweed licensed from Warner the rights to broadcast episodes of "Friends" and "the Drew Carey Show."

Fireweed acknowledges that the amount for which judgment is confessed is justly due and owing and that Fireweed is not entitled to any credit or offset against the amount for which judgment is confessed. Fireweed agrees that this confession shall become a valid and binding judgment in all respects against it subject to execution, and authorizes the court to enter judgment in the amount of $520,000.00 upon the filing of this Confession of Judgment.

The judgment confessed herein shall bear interest at the statutory rate applicable to judgments on the date that the judgment is entered. Fireweed hereby waives any right to service of process and any right of hearing before the court prior to entry of judgment upon this confession. Fireweed consents to the jurisdiction of, and venue in, the courts of the State of Alaska at Anchorage.

FIREWEED COMMUNICATIONS CORPORATION

Dated:_____        By:_____
                                      Its:_____

ACKNOWLEDGEMENT

STATE OF ALASKA            )
                                  ) ss.
THIRD JUDICIAL DISTRICT  )

On this _____ day of _____, 2008, before me, a Notary Public

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

CONFESSION OF JUDGMENT - 2
DWT 3157642v3 0040529-000005

EXHIBIT E
2 of 4

in and for the State of Alaska, personally appeared _____, to me known to be the _____ of Fireweed Communications Corporation, the corporation that executed the within and foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation for the uses and purposes therein mentioned and on oath stated that s/he was authorized to execute said instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

_____
Notary Public in and for the State of Alaska
My commission expires: _____

## VERIFICATION

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

_____, being first duly sworn, on oath deposes and says that s/he is the _____ of Fireweed Communications Corporation, the judgment debtor herein; that s/he is authorized to, and hereby does, make this verification for and on behalf of said corporation; and that s/he has read the within and foregoing Confession of Judgment Without Action, knows the contents thereof, and believes the same to be true.

_____

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2008.

_____
Notary Public in and for Alaska
My commission expires:_____

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

CONFESSION OF JUDGMENT - ?
DWT 3157642v3 0040529-000005

EXHIBIT E
3 of 4

## ASSENT OF WARNER BROS. TELEVISION DISTRIBUTION, INC. TO CONFESSION OF JUDGMENT

Warner Bros. Television Distribution, Inc. hereby assents to the entry of judgment in Warner Bros. Television Distribution, Inc.'s favor upon the foregoing Confession of Judgment Without Action.

DATED this _____ day of _____, 2008.

By:_____
Its:_____

## ACKNOWLEDGMENT OF WARNER BROS. TELEVISION DISTRIBUTION, INC.

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF _____    )

On this _____ day of _____, 2008, before me, a Notary Public in and for the State of California, personally appeared _____, to me known to be the _____ of Warner Bros. Television Distribution, Inc., the corporation that executed the within and foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation for the uses and purposes therein mentioned and on oath stated that s/he was authorized to execute said instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

_____
Notary Public in and for the State of California
My commission expires: _____

CONFESSION OF JUDGMENT - 4

DWT 3157642v3 0040529-000005

EXHIBIT E
4 of 4

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399