Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, a division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska corporation,<br><br>    Defendant. | Case No. 3:06-cv-00074-TMB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Warner Bros. Television Distribution Inc. ("Warner") and Defendant Fireweed Communications Corporation ("Fireweed"), through their attorneys of record, stipulate and agree that the above-captioned case (including all claims and counterclaims) shall be dismissed with prejudice, each party to bear its own costs and attorney's fees.

EXHIBIT G
1 of 2

DAVIS WRIGHT TREMAINE LLP
Attorneys for Warner Bros. Domestic Television Distribution

Dated:_____    By:_____
                                Joseph L. Reece, ABA No. 8111123


HARTIG RHODES HOGE & LEKISCH
Attorneys for Fireweed Communications Corporation

Dated:_____    By:_____
                                Michael Jungreis, ABA # 7711184


Certificate of Service

The undersigned certifies that on _____, 2008, a true and correct copy of the foregoing Stipulation for Dismissal with Prejudice was served Electronically on the following attorneys or parties of record:

- Michael Jungreis

_____s/ Joseph L. Reece_____
By: s/    Joseph L. Reece

STIPULATION OF DISMISSAL
WITH PREJUDICE                              -- 2
DWT 3157828v2 0040529-000005

EXHIBIT G
2 of 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399