# Davis Wright Tremaine LLP

ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  WASHINGTON, D.C.  SHANGHAI

JOSEPH L. REECE           SUITE 800                         TEL (907) 257-5300
DIRECT (907) 257-5325     701 WEST EIGHTH AVENUE            FAX (907) 257-5399
josephreece@dwt.com       ANCHORAGE, AK 99501-3408

June 19, 2008

Michael Jungreis
HARTIG RHODES HOGE & LEKISCH
717 K Street
Anchorage, AK 99501

Re:   Warner Bros. v. Fireweed Communications

Dear Mike:

Thank you for your letter of June 6, 2008. Please note the responses to your comments below:

1.   Fireweed offered a security interest in the FCC license as collateral for the settlement agreement, and that offer was put on the record. I have obtained a transcript of the record to ensure that my memory was correct, and have attached a copy of that transcript to this letter. We recognize that a security interest in an FCC license does not convey the same types of rights that a security interest in other property would convey. For that reason, we worded the security agreement to include the caveat "to the extent, and only to the extent, it is lawful to grant a security interest in such licenses, franchises, permits and authorizations." There are many instances of a secured creditor realizing on the proceeds from the transfer of an FCC license, and the description of the collateral does include proceeds. With regard to the representation that Fireweed "owns" the FCC license, your objection seems to be quibbling over words, but we will reword that provision in paragraph 1 of the Security Agreement to say: "Debtor is the licensee under the FCC license and owns the remaining collateral, and all of the Collateral is free and clear of all security interests and encumbrances of every nature."

2.   Warner Bros. understands it is getting security interests only the equipment Fireweed owns, old and cobbled as it might be.

3.   If we are correct in assuming that Fireweed Communications LLC does not have any interest in the collateral securing the obligations under the Settlement Agreement, we do not see any need for them to be a party to the Agreement. However, we would appreciate a description of what the relationship is between Fireweed Communications Inc. and Fireweed Communications LLC.

DWT 11336845v1 0040529-000005

EXHIBIT I
1 of 2

Mike Jungreis
June 19, 2008
Page 2



Enclosed is a set of final documents containing the revision described in section 1 above, for signature by your clients. Please advise if there is any reason we cannot have the documents executed by the end of this week.

Very truly yours,

Davis Wright Tremaine LLP

Joseph L. Reece

DWT 11336845v1 0040529-000005

EXHIBIT I
2 of 2