Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, a division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska corporation,<br><br>       Defendant. | Case No. 3:06-cv-00074-TMB |

[PROPOSED] ORDER ENFORCING SETTLEMENT AGREEMENT

This Court having considered plaintiff's Motion to Enforce Settlement Agreement;

IT IS HEREBY ORDERED:

(1)    The settlement agreement reached by the parties and put on record on September 27, 2007, is effective as a contract binding the parties to the agreement; and

(2) The settlement documents attached as Exhibits B-G to the Plaintiff's Motion to Enforce Settlement accurately set forth the terms of the agreement between the parties, and

(3) The parties shall execute the settlement documents described above within ten (10) days following the date of this order; and

(4) If Defendant Fireweed Communications Corporation pays the accrued amounts due under the terms of the Settlement Agreement described above no later than twenty (20) days following the execution of the settlement documents, it shall not be in breach of the settlement terms and shall remain eligible to receive the agreed $200,000 reduction in the settlement amount if it continues to perform in a timely manner.

Dated this _____ day of _____, 2008.

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

Certificate of Service

The undersigned certifies that on August 6, 2008, a true and correct
copy of the foregoing Proposed Order Enforcing Settlement Agreement was
served electronically on the following attorneys or parties of record by:

 - Michael Jungreis

By: s/      Joseph Reece

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

[PROPOSED] ORDER ENFORCING
SETTLEMENT AGREEMENT -- 2
*Warner Bros. v. Fireweed,* Case No. 3:06-cv-00074-TMB
DWT 11622448v1 0040529-000005