```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                             DISTRICT OF ALASKA
```

WARNER BROS. DOMESTIC          vs.  FIREWEED COMMUNICATIONS
TELEVISION DISTRIBUTION             CORPORATION

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.               3:06-CV-00074-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER / COLLEEN YORK

APPEARANCES:   PLAINTIFF:   JOSEPH J. REECE

               DEFENDANT:   MICHAEL JUNGREIS

PROCEEDINGS: STATUS HEARING HELD AUGUST 12, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:59 p.m. court convened.

Court and counsel heard re status of case, security agreements, agreement, settlement documents, and stipulation for dismissal.

Court and counsel heard re plaintiff's Motion to Enforce Settlement Agreement (Dkt 32); motion will be moot upon filing of the Stipulation for Dismissal.

At 2:08 p.m. court adjourned.

DATE:    August 12, 2008      DEPUTY CLERK'S INITIALS: AMK/CGY

Revised 6/18/07