AK Entity #: 114854
Date Filed: 04/03/2008 12:00 AM
State of Alaska
Department of Commerce



State of Alaska
Department of Commerce, Community, and Economic Development
Corporations, Business, and Professional Licensing
Corporations Section
PO Box 110808
Juneau AK 99811-0808

# APPLICATION FOR REGISTRATION
## Foreign Limited Liability Company

Pursuant to the provisions of the Alaska Statutes, the undersigned limited liability company applies for a Certificate of Registration and, for that purpose, submits the following statement:

1. The legal name of the limited liability company:

    FIREWEED COMMUNICATIONS LLC

    The assumed name elected to use in Alaska if the legal name in not available:

    FIREWEED COMMUNICATIONS FOREIGN LLC

2. State of domicile, date of organization, and the period of duration in the state or country of domicile:

| State of Domicile: NV | Date of Organization: 7/17/2003 | Duration: 7/17/2503 |

The limited liability company is active and in good standing in the state of domicile.

3. Registered Agent name and address:

| Name: | JEREMY LANSMAN |
|---|---|
| Mailing Address: | |
| Physical Address if Mailing Address is a Post Office Box: | 7200 ALATNA AV. |
| | City: ANCHORAGE | AK | ZIP Code: 99516 |

4. The Department is appointed the agent of the company for service of process if the foreign limited liability company fails to appoint or maintain a registered agent.

5. Address of the administrative office of the company wherever located:

| Mailing Address: | 7200 ALATNA AV. ANCH. AK. 99516 |
|---|---|
| Physical Address if Mailing Address is a Post Office Box: | |
| | City: | ZIP Code: |

6. Email Address:

    JEREMY L@ K4ES. COM

08-435 (Rev. 1/08)    - 1 -

EXHIBIT 4
1 of 2

State of Alaska
Foreign LLC Formation 2 Page(s)

T0809844028

7. The purpose of the company and the 6 digit NAICS industry grouping code that most clearly describe the initial activities of the company:

| Purpose: Television Broadcasting | NAICS Code: 4833 |

If the company is managed by a manager, give the names and addresses of the managers, members and persons owning at least a five percent interest of the company and the percentage of interest owned by the interest holders.

If the company is not managed by a manager the names and addresses of the members and persons owning at least a five percent interest of the company and the percentage of interest owned by the interest holders.

| Title - Check Applicable Box | Name: | Mailing Address: | City: | State: | ZIP Code: | % Interest Held: |
|---|---|---|---|---|---|---|
| ☒ Member ☐ Manager | Carol Schatz | 7200 Hiatus Av. | Anch | AK | 99516 | 44.86 |
| ☒ Member ☐ Manager | Jeremy Lansman | " | " | " | " | 55.14 |
| ☐ Member ☐ Manager | | | | | | |
| ☐ Member ☐ Manager | | | | | | |
| ☐ Member ☐ Manager | | | | | | |

The PRINTED name and SIGNATURE by a person who is authorized by the law of the state or other jurisdiction where the company was organized to sign the application:

Signed this 3 day of April, 2008.

By signing this application for Certificate of Authority, I attest that the information set forth above is true and correct.

| Signature of Authorized Person | Printed Name | Title |
| --- | --- | --- |
| [signature] | Jeremy Lansman | Member |

If you have specific legal questions or concerns about this filing, you are strongly advised to consult an attorney or other professional to assist you. Mail the completed filing and the $350.00 filing fee (in U.S. dollars) to:

State of Alaska
Corporations Section
PO Box 110808
Juneau, AK 99811

For additional information or forms please visit our web site at: www.corporations.alaska.gov

08-435 (Rev. 1/08)                    -2-

EXHIBIT 4
2 of 2