Joseph L. Reece
Eric J. Jenkins
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, a division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska corporation,<br><br>    Defendant. | Case No. 3:06-cv-00074-TMB |

[PROPOSED] ORDER GRANTING MOTION TO AMEND COMPLAINT

This Court having considered plaintiff's Motion to Amend Complaint, and having considered the pleadings and records on file in this case;

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint is granted, and Plaintiff is authorized to file and serve its Amended Complaint in form

attached hereto as Exhibit 1.

Dated this _____ day of _____, 2008.

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

Certificate of Service

The undersigned certifies that on August 6, 2008, a true and correct copy of the foregoing Proposed Order Enforcing Settlement Agreement was served electronically on the following attorneys or parties of record by:

- Michael Jungreis

By: s/    Joseph Reece

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

[PROPOSED] ORDER GRANTING
MOTION TO AMEND COMPLAINT -- 2
*Warner Bros. v. Fireweed,* Case No. 3:06-cv-00074-TMB
DWT 11807354v1 0040529-000005