Joseph L. Reece
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
Telephone: (907) 257-5300
Facsimile: (907) 257-5399

Attorneys for Plaintiff
Warner Bros. Domestic Television Distribution

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, A division of WARNER BROS. TELEVISION DISTRIBUTION INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>FIREWEED COMMUNICATIONS CORPORATION, an Alaska Corporation,<br><br>    Defendant. | Case No. 3:06-cv-00074-TMB<br><br>**STATUS REPORT** |

Plaintiff Warner Bros. Domestic Television Distribution, a division of Warner Bros. Television Distribution, Inc., by and through counsel, hereby advises the court that the settlement documents have still not been executed by all the necessary parties. Fireweed Communications, LLC, the holder of the FCC license promised as security for

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

the settlement agreement, has not signed the security agreement which would permit dismissal of this action.  Plaintiff has therefore filed a motion to amend complaint seeking to enforce compliance with the terms of the settlement agreement to which defendant Fireweed and the additional defendants agreed following the mediation with Judge Herbert Ross on September 27, 2007.

Dated this 18th day of September, 2008.

s/     Joseph L. Reece
DAVIS WRIGHT TREMAINE LLP
701 West 8th Avenue, Suite 800
Anchorage, AK 99501
Telephone:  (907) 257-5300
Facsimile:  (907) 257-5399
E-mail:  josephreece@dwt.com

Certificate of Service

The undersigned certifies that on September 18, 2008, a true and correct copy of the foregoing Status Report was served Electronically on the following attorneys or parties of record:

- Michael Jungreis

   s/ Joseph L. Reece
By:  s/   Joseph L. Reece

STATUS REPORT - 2
*Warner Bros. v. Fireweed Communications*,
Case No. 3:06-cv-00074-TMB
DWT 11815366v1 0040529-000005